# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| JOSHUA WADE, | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00350 JAO-KJM |
| V. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII |
| MARTIN O'MALLEY, | February 16, 2024 |
| Commissioner of Social Security, | At 10 o'clock and 00 min a.m. LUCY H. CARRILLO, CLERK |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the court REVERSES the Commissioner's decision and REMANDS this action for further proceedings consistent with the "Order Reversing the Decision of the Commissioner of Social Security," ECF No. 16, filed February 16, 2024.

| | |
|---|---|
| February 16, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /S/ LUCY H. CARRILLO by JI |
| | (By) Deputy Clerk |